SAM SAN GEORGE, Respondent, v. GERVAS CANNING COMPANY, INC., Appellant. — Judgment and order affirmed, with costs. Memorandum: There was sufficient evidence for the jury to find that the defendant unreasonably refused to accept delivery of, and to pay for beans grown by plaintiff for the defendant under the terms of the contract between the parties, and also to find that thereafter the plaintiff used reasonable efforts to dispose of the beans so refused by the defendant. The verdict was not excessive in amount. All concur. (The judgment is for plaintiff in an action for damages for breach of contract. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE BONITO, Appellant.— Judgment of conviction affirmed. Memorandum: Upon our review of the proceedings which resulted in defendant's conviction of the crime of attempted burglary, third degree, as a second offender, we find no errors in the rulings of the court upon evidentiary questions and are of the opinion that the verdict of the jury is amply supported by the evidence. All concur. (The judgment convicts defendant of the crime of attempted burglary, third degree.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

NEW YORK JOINT STOCK LAND BANK OF ROCHESTER, Respondent, v. RYAN QUARRIES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Honeyman* v. *Hanan* (275 N. Y. 382). All concur. (The order denies a motion by defendant to vacate an order granting leave to continue an action to recover a mortgage debt.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

TERMINALS & TRANSPORTATION CORPORATION, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24854.) — Judgment affirmed, with costs. Memorandum: We concur in the reasoning of the opinion of the Court of Claims, and place our affirmance on the authority of *Electric Bond & Share Co.* v. *State of New York* (249 App. Div. 371; affd., 274 N. Y. 625); *Hudson & Manhattan R. R. Co.* v. *State of New York* (227 id. 233); *People* v. *Duffy-McInnerny Co.* (122 App. Div. 336; affd., 193 N. Y. 636), and *Phelps-Stokes Estates, Inc.*, v. *Nixon* (222 id. 93). All concur. (The judgment is for claimant on a claim against the State for stock transfer tax illegally paid.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ. [169 Misc. 703.]

LENA ALOTTO, Formerly LENA RUSSO, and Another, Both Individually and as Administrators, etc., of FRANK RUSSO, Deceased, Appellants, v. THE CITY OF CORNING, Respondent.— Judgment and order affirmed, with costs. Memorandum: We affirm, with costs, the judgment and order appealed from, upon the ground that the complaint fails to allege that plaintiffs presented to the defendant's common council their itemized and verified claim, as required by the Charter of the City of Corning. (Laws of 1905, chap. 142, § 30.) (See *Thomann* v. *City of Rochester*, 256 N. Y. 165; *Curry* v. *City of Buffalo*, 135 id. 366, 370.) All concur. (The judgment dismisses the complaint in an action to recover damages to property by change of grade of street.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.